M. Greg Mullanax, SBN 155138
greg@lawmgm.com
Law Office of M. Greg Mullanax
2140 N. Winery Avenue, Suite 101
Fresno, CA 93703
(559) 420-1222
(559) 354-0997 fax

Attorney for
Anthony J. Garcia

JACKSON LEWIS LLP
Michael J. Christian, SBN 173727
christianm@jacksonlewis.com
Jerry J. Deschler, SBN 215691
deschlej@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, CA 95814
(916) 341-0404
(916) 341-0141 fax

Attorneys for
URS Federal Support Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony J. Garcia, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>URS Federal Support Services, Inc., a business entity,<br><br>　　　　Defendant. | Case No. Case No. 1:11-cv-01977-LJO-SMS<br><br>**Stipulation for Dismissal and Order** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Anthony J. Garcia and Defendant URS Federal Support Services, Inc., through their respective counsel of record, that the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein) be dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1).

　　　Each party will bear its own fees and costs in connection with this action.

1  IT IS SO STIPULATED.

2

3  Dated:  September 24, 2012          LAW OFFICE OF M. GREG MULLANAX

4

5                        By:    /s/
                                M. Greg Mullanax
6                               Attorney for Plaintiff,
                                Anthony J. Garcia
7

8  Dated:  September 24, 2012          JACKSON LEWIS LLP

9

10                       By:    /s/
                                Michael J. Christian
11                              Jerry J. Deschler
                                Attorneys for Defendant,
12                              URS Federal Support Services, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL, PAGE 2

**ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action. The clerk is directed to close this action.  This Court VACATES all pending matters and dates and DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   **October 24, 2012**              /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE